AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Sandra L | U.S. Court of Appeals, 1st Cir | 05/25/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final | 01/01/2006 <br> to <br> 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse <br> 1 Courthouse Way, Suite 8710 <br> Boston, MA 02210 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2007 MAY 29 A 11: 48
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Professional Corporation, Law Practice (See note in Part VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | D | Dividend | N | T | Buy | 5/31 | M | | ' |
| 2. Bank of America | A | Interest | K | T | | | | | |
| 3. Fidelity Traditional IRA | D | Dividend | M | T | | | | | |
| 4. - Fidelity Disciplined Equity | | | | | | | | | |
| 5. - Fidelity Cash Reserves (corrected name from Core Cash) | | | | | | | | | |
| 6. Fidelity Investments Core Cash | C | Interest | M | T | | | | | |
| 7. ABA Members Retirement Plan (See note, Section VIII) | B | Dividend | L | T | Sell | | J | | |
| 8. - Stable Asset Return Fund | | | | | | | | | |
| 9. - Moderate Portfolio Fund | | | | | | | | | |
| 10. TA IRA 1 (See note in section VIII) | D | Dividend | M | T | | | | | |
| 11. - Parametric Tech Corp | | | | | | | | | |
| 12. - Add Venture Assoc II LP | | | | | | | | | |
| 13. - Federal Home Loan Bk 4% 2010 | | | | | | | | | |
| 14. - Bear Stearns TempFund Cash | | | | | | | | | |
| 15. - Pimco Real Return Fund Cl C | | | | | | | | | |
| 16. - Discover BankGreenwood Del CDs | | | | | | | | | |
| 17. TA IRA 2 | G | Dividend | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Johnson & Johnson | | | | | | | | | |
| 19. - Medtronic Inc. | | | | | | | | | |
| 20. - Pepsico Inc | | | | | | | | | |
| 21. - Amgen Inc | | | | | | | | | |
| 22. - General Growth Properties | | | | | | | | | |
| 23. - Kinder Morgan Mgmnt LLC | | | | | | | | | |
| 24. - Varian Medical Sys Inc | | | | | | | | | |
| 25. - UnitedHealth Grp Inc | | | | | | | | | |
| 26. - Genzyme Corp | | | | | | | | | |
| 27. - Gilead Sciences Inc | | | | | | | | | |
| 28. - Apache Corp | | | | | | | | | |
| 29. - Amercian Express Co | | | | | | | | | |
| 30. - Ebay Inc | | | | | sell | 07/07 | K | | |
| 31. - Praxair Inc | | | | | | | | | |
| 32. - Analog Devices Inc | | | | | | | | | |
| 33. - America Movil S A | | | | | | | | | |
| 34. - Inco Ltd | | | | | sell | 10/31 | M | F | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Compania Vale Do Rio | | | | | | | | | |
| 36. - Intel Corp | | | | | sell | 07/07 | K | | |
| 37. - Chesapeak Energy Corp | | | | | | | | | |
| 38. - Caterpillar Inc | | | | | | | | | |
| 39. - United Technologies Corp | | | | | | | | | |
| 40. - Tyco Intl Ltd New | | | | | | | | | |
| 41. - Zimmer Hldgs Inc | | | | | | | | | |
| 42. - Allergan Inc | | | | | | | | | |
| 43. - Avon Products Inc | | | | | | | | | |
| 44. - Coach Inc | | | | | | | | | |
| 45. - Devon Energy Corp | | | | | | | | | |
| 46. - Diageo PLC-Sponsored ADR (formerly New) | | | | | | | | | |
| 47. - EOG Resources Inc | | | | | | | | | |
| 48. - Freeport McMoran Copper & Gold CLB | | | | | | | | | |
| 49. - Goldman Sachs Group Inc | | | | | | | | | |
| 50. - Istar Financial Inc | | | | | sell | 07/07 | K | | |
| 51. - Int'l Game Technology AO | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    - Petsmart Inc | | | | | | | | | |
| 53.    - Rio Tinto PLC | | | | | | | | | |
| 54.    - Smith Int'l Inc Del | | | | | | | | | |
| 55.    - Teva Pharmaceutical Industries PLC | | | | | | | | | |
| 56.    - Ameriprise Financial Inc | | | | | sell | 07/07 | J | C | |
| 57.    - EMC Corp Mass | | | | | | | | | |
| 58.    - Symantec Corp | | | | | | | | | |
| 59.    - Bear Stearns TempFund | | | | | | | | | |
| 60.    - Lehman Brothers Holdings Inc | | | | | buy | 6/30 | L | | |
| 61.    - Altria Group Inc | | | | | buy | 6/30 | L | | |
| 62.    - Texas Instruments Inc | | | | | buy | 6/30 | L | | |
| 63.    - CACI International Inc CL A | | | | | buy | 6/30 | K | | |
| 64.    IRA ROLLOVER ACCOUNT | F | Dividend | P1 | T | | | | | |
| 65.    - Fidelity Advisor Equity Growth C | | | | | sell | 12/18 | K | D | |
| 66.    - Fidelity Advisor Equity Income | | | | | partial sell | 4/11 | J | A | |
| 67.    - Fidelity Advisor Equity Income | | | | | buy | 8/21 | K | | |
| 68.    - Fidelity Advisor Growth Opportunities | | | | | sell | 4/11 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| T =Cash Market |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Fidelity New Millenium | | | | | partial sell | 4/11 | K | C | |
| 70.  - Fidelity New Millenium | | | | | partial sell | 6/16 | K | C | |
| 71.  - Fidelity Low Priced Stock | | | | | partial sell | 4/11 | J | A | |
| 72.  - Fidelity Low Priced Stock | | | | | partial sell | 8/21 | J | B | |
| 73.  - Fidelity Dividend Growth | | | | | partial sell | 4/11 | J | A | |
| 74.  - Fidelity Dividend Growth | | | | | partial sell | 12/18 | J | B | |
| 75.  - Fidelity Capital and Income | | | | | partial sell | 8/21 | J | A | |
| 76.  - Spartan Invest Grade Bond | | | | | partial sell | 2/14 | J | | |
| 77.  - Spartan Invest Grade Bond | | | | | buy | 4/11 | J | | |
| 78.  - Spartan Invest Grade Bond | | | | | partial sell | 5/16 | J | | |
| 79.  - Spartan Invest Grade Bond | | | | | partial sell | 6/27 | K | | |
| 80.  - Spartan Invest Grade Bond (To Fidelity Invest Grade) | | | | | merger | 7/28 | K | | |
| 81.  - Fidelity Invest Grade (formerly Spartan Invest Grade Bond) | | | | | partial sell | 8/15 | J | | |
| 82.  - Fidelity Invest Grade (formerly Spartan Invest Grade Bond) | | | | | buy | 8/21 | J | | |
| 83.  - Fidelity Invest Grade (formerly Spartan Invest Grade Bond) | | | | | partial sell | 11/14 | J | | |
| 84.  - Fidelity Int'l Discovery | | | | | partial sell | 4/11 | J | B | |
| 85.  - Fidelity Int'l Discovery | | | | | partial sell | 8/21` | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Fidelity Diversified Int'l | | | | | partial sell | 4/11 | J | B | |
| 87.   - Fidelity Diversified Int'l | | | | | buy | 6/02 | J | | |
| 88.   - Fidelity Diversified Int'l | | | | | partial sell | 8/21 | J | B | |
| 89.   - Fidelity Aggressive Int'l | | | | | partial sell | 4/11 | J | A | |
| 90.   - Fidelity Aggressive Int'l | | | | | sell | 6/02 | K | D | |
| 91.   - Fidelity Capital Appreciation | | | | | | | | | |
| 92.   - Fidelity Contrafund | | | | | sell | 4/11 | L | D | |
| 93.   - Fidelity Large Cap Value (formerly Structured Large Cap) | | | | | partial sell | 12/18 | J | C | |
| 94.   - Fidelity Blue Chip Growth | | | | | sell | 4/11 | L | C | |
| 95.   - Fidelity Blue Chip Growth | | | | | buy | 12/18 | L | | |
| 96.   - Fidelity Blue Chip Growth | | | | | buy | 12/19 | J | | |
| 97.   - Fidelity Advisor Strategic Inc CL I | | | | | buy | 4/11 | J | | |
| 98.   - Fidelity Advisor Strategic Inc CL I | | | | | partial sell | 8/21 | J | | |
| 99.   - Fidelity High Income | | | | | buy | 4/11 | J | | |
| 100.  - Fidelity High Income | | | | | sell | 6/27 | K | C | |
| 101.  - Fidelity Inflation Protected Bond | | | | | buy | 4/11 | J | | |
| 102.  - Fidelity Ultra-Short Bond | | | | | partial sell | 4/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Fidelity Ultra-Short Bond | | | | | buy | 8/21 | K | | |
| 104.  - Fidelity Total Bond | | | | | buy | 4/11 | J | | |
| 105.  - Fidelity Total Bond | | | | | buy | 6/27 | K | | |
| 106.  - Fidelity Advisor Mid Cap II | | | | | partial sell | 4/11 | J | A | |
| 107.  - Fidelity Advisor Mid Cap II | | | | | buy | 6/16 | J | | |
| 108.  - Spartan 500 Index FID Advantage | | | | | buy | 4/11 | J | | |
| 109.  - Spartan 500 Index FID Advantage | | | | | buy | 8/21 | K | | |
| 110.  - Spartan 500 Index FID Advantage | | | | | buy | 8/22 | J | | |
| 111.  - Fidelity Real Estate Investment | | | | | buy | 3/21 | J | | |
| 112.  - Fidelity Real Estate Investment | | | | | partial sell | 8/21 | J | A | |
| 113.  - Fidelity Export & Multinational Fd | | | | | sell | 8/21 | K | D | |
| 114.  -Fidelity Advisor New Insights | | | | | buy | 4/11 | L | | |
| 115.  -Fidelity Advisor New Insights | | | | | buy | 8/21 | J | | |
| 116.  - Fidelity Advisor Destiny | | | | | buy | 4/11 | L | | |
| 117.  - Fidelity Advisor Destiny | | | | | buy | 4/12 | J | | |
| 118.  - Fidelity Advisor Destiny | | | | | buy | 6/02 | J | | |
| 119.  - Fidelity Advisor Destiny | | | | | partial sell | 8/21 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Fidelity Advisor Destiny | | | | | sell | 11/24 | L | C | |
| 121. - Fidelity Growth Company | | | | | buy | 4/11 | K | | |
| 122. - Fidelity Growth Company | | | | | buy | 6/16 | J | | |
| 123. - Fidelity Growth Company | | | | | partial sell | 8/21 | J | | |
| 124. - Fidelity Overseas | | | | | buy | 6/02 | K | | |
| 125. - Fidelity Overseas | | | | | buy | 6/05 | J | | |
| 126. - Fidelity Overseas | | | | | buy | 8/21 | J | | |
| 127. - Fidelity Growth & Income | | | | | buy | 11/24 | L | | |
| 128. - Fidelity Growth & Income | | | | | buy | 11/27 | J | | |
| 129. - Fidelity Advisor High Income | | | | | buy | 6/27 | K | | |
| 130. - Fidelity Advisor High Income | | | | | buy | 6/28 | J | | |
| 131. - Fidelity Advisor High Income | | | | | partial sell | 8/21 | J | A | |
| 132. - Fidelity Advisor High Income | | | | | partial sell | 12/18 | J | A | |
| 133. - Fidelity Short Term Bond | | | | | buy | 8/21 | K | | |
| 134. - Fidelity Short Term Bond | | | | | buy | 12/18 | J | | |
| 135. Esplanade Capital Ptnrs I LLC (See note section VIII) | E | Dividend | N | U | | | | | |
| 136. Brokerage Account 2005 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Bear Stearns Munifund Cash | B | Interest | L | | | | | | |
| 138.  - Discover Bank CDs | A | Interest | K | | | | | | |
| 139.  Condominium, Carravassett Vallley, ME (X) | D | Rent | M | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part III-B. ███ retired in 2006.

Part VII - Investment limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII, TA IRA 1 - This account holds certain nonpublicly traded limited partnership interests. There is no established market value for these partnerships and accordingly no value is indicated. Income consists of interest, dividends, and flow-through capital gains.

Part VII, ABA Members Retirement Plan - The plan sponsor does not provide detail transaction information to plan participants. Plan participants receive an annual report showing which plan funds they are invested in, the plan value, total contributions, total distributions, and net realized and unrealized gains. The plan participant recieved a monthly minimum required distribution. The total assets of the plan that were liquidated to fund the distributions are reflected in column D(3). During the year, the plan participant shifted their investments from the Stable AssetReturn Fund to the Moderate Portfolio Fund. The plan income reported in column B(1) reflects the total plan income including realized and unrealized gains.

Part VII - Esplanade Capital Ptnrs I LLC is a non-publicly traded LLC.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L | 05/25/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___ 5/24/07 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544